Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

May 12, 2021

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

QUANDRE RESHAWN CRANSHAW,

Defendant.

NO.   CR21-080 RAJ

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

### (Making a False Statement on a Firearm Transaction Record)

On or about March 10, 2021, in Lynnwood, within the Western District of Washington, QUANDRE RESHAWN CRANSHAW, in connection with his purchase of a Taurus G3C 9mm pistol bearing serial number ACB500425, knowingly and willfully made a false statement and representation with respect to information legally required to be kept in the records of a federally licensed firearms dealer, in that QUANDRE RESHAWN CRANSHAW falsely represented on a Firearms Transaction Record, ATF Form 4473, that his current residence and address was "1725 SW Barton 103" in Seattle, Washington, when, in truth and in fact, as he well knew, that was not his current residence or address.

Indictment / QUANDRE CRANSHAW - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

### (Making a Material False Statement During a Firearm Purchase)

On or about March 19, 2021, in Lynnwood, within the Western District of Washington, QUANDRE RESHAWN CRANSHAW, in connection with the purchase of the following firearms from a federally licensed firearms dealer, namely:

| MAKE | MODEL | CALIBER | SERIAL NO. |
|---|---|---|---|
| TAURUS | G3C | 9MM | ACB500425 |
| GLOCK | 23 | 40 | BSLW730 |
| GLOCK | 29 | 10MM | BRZK434 |
| GLOCK | 27 | 40 | BPCG449 |
| GLOCK | 30 | 45 | BSMH541 |
| GLOCK | 43X | 9MM | BSMS148 |
| SMITH & WESSON | SD9 | 9MM | FCY8687 |
| TAURUS PT111 | G2C | 9MM | ABJ861981 |
| TAURUS PT111 | G2C | 9MM | ABE616397 |
| TAURUS PT111 | G2C | 9MM | ABG647794 |
| TAURUS PT111 | G2C | 9MM | ABG647509 |

did knowingly and willfully make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, by falsely answering "yes" to question 21.a on Section B of the ATF Form 4473, asking whether he was "the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)," and by falsely reaffirming in Section D of the ATF Form 4473 that his responses in Section B of that form were true, correct, and complete.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

//

//

//

Indictment / QUANDRE CRANSHAW - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 3

### (Making a False Statement on a Firearm Transaction Record)

On or about March 30, 2021, in Lynnwood, within the Western District of Washington, QUANDRE RESHAWN CRANSHAW, in connection with his purchase of a Taurus G3C 9mm caliber pistol bearing serial number ACB545961, knowingly and willfully made a false statement and representation with respect to information legally required to be kept in the records of a federally licensed firearms dealer, in that QUANDRE RESHAWN CRANSHAW falsely represented on a Firearms Transaction Record, ATF Form 4473, that his current residence and address was "1725 SW Barton St. 103", when, in truth and in fact, as he well knew, that was not his current residence or address.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## ASSET FORFEITURE ALLEGATION

All of the allegations contained in this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offenses alleged in Counts 1-3, the defendant, QUANDRE CRANSHAW, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and associated ammunition that were involved in those offenses, including:

| MAKE | MODEL | CALIBER | SERIAL NO. |
|---|---|---|---|
| TAURUS | G3C | 9MM | ACB500425 |
| GLOCK | 23 | 40 | BSLW730 |
| GLOCK | 29 | 10MM | BRZK434 |
| GLOCK | 27 | 40 | BPCG449 |
| GLOCK | 30 | 45 | BSMH541 |
| GLOCK | 43X | 9MM | BSMS148 |
| SMITH & WESSON | SD9 | 9MM | FCY8687 |
| TAURUS PT111 | G2C | 9MM | ABJ861981 |
| TAURUS PT111 | G2C | 9MM | ABE616397 |

Indictment / QUANDRE CRANSHAW - 3

| TAURUS PT111 | G2C | 9MM | ABG647794 |
| TAURUS PT111 | G2C | 9MM | ABG647509 |
| TAURUS | G3C | 9MM | ACB545961 |

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the Defendant,

1.   cannot be located upon the exercise of due diligence;

2.   has been transferred or sold to, or deposited with a third party;

3.   has been placed beyond the jurisdiction of the Court;

4.   has been substantially diminished in value; or,

5.   has been commingled with other property which cannot be divided without difficulty;

Indictment / QUANDRE CRANSHAW - 4

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the Defendant up to the value of the above-described forfeitable property.

A TRUE BILL:

DATED: 5/12/2021

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____

FOREPERSON

_____

TESSA M. GORMAN
Acting United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

_____

JESSICA MANCA
Assistant United States Attorney

Indictment / QUANDRE CRANSHAW - 5