THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUANDRE CRANSHAW,<br><br>Defendant. | No. CR21-080RAJ<br><br>ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

The Court having considered the *Ex Parte* Motion to Withdraw as Counsel and for Appointment of New Counsel and the record in this case, and finding appointment of new counsel is appropriate and warranted in the interest of justice,

IT IS ORDERED that the Federal Public Defender and Assistant Federal Public Defender Vanessa Pai-Thompson are permitted to withdraw as defense counsel in this matter, and that new defense counsel from the CJA Panel shall be appointed.

Withdrawing counsel shall notify the CJA Panel coordinator immediately of this Order.

DATED this 28th day of September, 2021.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING *EX PARTE* MOTION TO
WITHDRAW AS COUNSEL & FOR
APPOINTMENT OF NEW COUNSEL
(*US v. Quandre Cranshaw*; CR21-080RAJ)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100