JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUANDRE RESHAWN CRANSHAW,<br><br>Defendant. | NO. 2:21-cr-00080-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the defendant to continue the trial date and pretrial motions deadline and finds that:

a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to investigate mitigation, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

d) the ends of justice will best be served by a continuance, and the end of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

e) the additional time requested between the current trial date of May 16, 2021, and the new trial date is necessary to provide counsel for the defendant reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

IT IS THEREFORE ORDERED that the defendant's unopposed motion to continue trial date and pretrial motions deadline (Dkt. # 25) is GRANTED. The trial date in this matter is continued to September 12, 2022. All pretrial motions, including motions in limine, shall be filed no later than August 4, 2022.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of September 12, 2022, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 5th day of April, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge