Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>QUANDRE RESHAWN CRANSHAW,<br><br>　　　　Defendant. | No. 2:21-cr-00080-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

Based on the motion of the defense and the representations made therein, it is ORDERED that Defendant's Motion to Seal (Dkt. 43) is GRANTED. Exhibits 1, 4, and 5 to the Defendant's Sentencing Memorandum in this matter shall remain filed under seal and shall not permitted to be made publicly available, as the Court finds they contain sensitive information.

DATED this 17th day of May, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING
MOTION TO SEAL - 1

LAW OFFICE OF
AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-267-0349